1000

No. 38. MARCHETTI *v.* UNITED STATES. C. A. 2d Cir. Petition for writ of certiorari is granted limited to the following question:

Do not the federal wagering tax statutes here involved violate the petitioner's privilege against self-incrimination guaranteed by the Fifth Amendment? Should not this Court, especially in view of its recent decision in *Albertson* v. *Subversive Activities Control Board,* 382 U. S. 70 (1965), overrule *United States* v. *Kahriger,* 345 U. S. 22 (1953), and *Lewis* v. *United States,* 348 U. S. 419 (1955)?

*David Goldstein* and *Jacob D. Zeldes* for petitioner.

No. 339. HUGHES *v.* WASHINGTON. Sup. Ct. Wash. Certiorari granted. *John Gavin* for petitioner. *John J. O'Connell,* Attorney General of Washington, and *Harold T. Hartinger* and *James C. Hanken,* Assistant Attorneys General, for respondent.

No. 781. NATIONAL LABOR RELATIONS BOARD *v.* GREAT DANE TRAILERS, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *O. R. T. Bowden* for respondent.

No. 794. DENVER & RIO GRANDE WESTERN RAILROAD Co. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 10th Cir. Certiorari granted. *George L. Saunders, Jr.,* for petitioner. *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for respondents.